Jon B. Waldorf (SBN 325935)
Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone: (518) 869-9200
Facsimile: (518) 869-3334
Email: mgregg@rosewaldorf.com
mskanes@rosewaldorf.com

Attorneys for Defendant

Toyota Motor Sales, U.S.A., Inc.

Brett Shainfeld, SBN 245093
SHAINIFELD LAW, PC
750 N. San Vicente Blvd.
Suite 800 West
Los Angeles, CA 90069
Tel: (310) 295-1888
Fax: (888) 567-2064

Attorneys for Plaintiff,
REEM SHEHADEH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REEM SHEHADEH, an individual,** | Case No.: 4:19-cv-4197-~~DMR~~ YGR |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **TOYOTA MOTOR SALES, U.S.A., INC;** And DOES 1 through 50, inclusive, | |
| Defendant. | |

///

///

///

///

///

///

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/2/2020

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, REEM SHEHADEH, and Defendant, TOYOTA MOTOR SALES, U.S.A., INC, by and through their respective attorneys of record, hereby stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All issues pertaining to attorney's fees and costs have been resolved through the parties' settlement agreement.

Dated: December 19, 2019 **ROSEWALDORF LLP**

By: s/ Mark W. Skanes
Mark W. Skanes
Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.

Dated: December 19, 2019 **SHAINFELD LAW**

By: s/ Brett Shainfeld
BRETT SHAINFELD
Attorney for Plaintiff
REEM SHEHADEH